924

No. 796, Misc.  CASE *v.* NEBRASKA.  Sup. Ct. Neb. Certiorari denied.

No. 803, Misc.  THOMAS *v.* TEXAS.  C. A. 5th Cir. Certiorari denied.

No. 805, Misc.  BRADY *v.* MYERS, CORRECTIONAL SUPERINTENDENT.  Sup. Ct. Pa.  Certiorari denied.  Petitioner *pro se.*  *D. J. C. O'Donnell* for respondent.

No. 806, Misc.  HAYNES *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  Petitioner *pro se.*  *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 809, Misc.  BRADY *v.* CALIFORNIA.  Dist. Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 810, Misc.  EX PARTE HINTON.  Sup. Ct. N. M. Certiorari denied.

No. 812, Misc.  TURNER *v.* NEW YORK.  Ct. App. N. Y. Certiorari denied.

No. 819, Misc.  STILTNER *v.* WASHINGTON ET AL.  Sup. Ct. Wash.  Certiorari denied.

No. 820, Misc.  LOMAX *v.* RUSSELL, CORRECTIONAL SUPERINTENDENT.  C. A. 3d Cir.  Certiorari denied.

No. 833, Misc.  SCHLUTTIG *v.* CONTINENTAL HOTEL ET AL.  C. A. D. C. Cir.  Certiorari denied.  Petitioner *pro se.*  *John F. Cooney* for respondents.